764 A.2d 843

**RONELL INDUSTRIES, INC.**

**v.**

**DOMESTIC LINEN SUPPLY CO., INC.,**
**d/b/a Domestic Uniform Rental.**

**No. 57, Sept. Term, 2000.**

Court of Appeals of Maryland.

Jan. 5, 2001.

Ira L. Oring (Fedder and Garten, P.A., on the brief), Baltimore, for petitioner.

Thomas A. Wade, Hagerstown, for respondent.

Argued before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and LAWRENCE F. RODOWSKY (retired, specially assigned), JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 5th day of January, 2001

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.